COUNTY OF WILL )
) SS
STATE OF ILLINOIS )

## WILL COUNTY SHERIFF

### VERIFIED COMPLAINT AGAINST A SWORN PEACE OFFICER

In accordance with Illinois law (50 ILCS 725/ 3.8 ) anyone filing a complaint against a sworn peace officer must have the complaint supported by a sworn affidavit, which means that you must swear to the matters of this complaint under oath. This form will serve as a Complaint Supported by a Sworn Affidavit.

PLEASE COMPLETE THE INFORMATION REQUESTED ALONG WITH THE NARRATIVE PORTION OF THE FORM. PLEASE INITIAL EACH PAGE AND HAVE YOUR SIGNATURE NOTARIZED BY A NOTARY PUBLIC.

Complainant's:
Name: LORIANNE MIHELIC
Address: 19321 OAK ST. MOKENA, IL 60448
Telephone Number: 708-357-0430

Officer Against Whom the Complaint is Made: WILL CO.

Date of Occurrence: 2/11/09

Time of Occurrence: 7:30 PM

Location of Occurrence: 19321 OAK ST. MOKENA, IL 60448

All Witness To Occurrence (names, addresses and telephone numbers) (if additional space is needed place a check here ___ and list additional witnesses in the narrative portion)

1. LORIANNE MIHELIC — 19321 OAK ST. MOKENA, IL 60448 — 708-357-0430
2. LAUREN FELKAMP — 19321 OAK ST. MOKENA, IL 60448 — 708-357-0430
3. Jillian Grannon — PLAINFIELD IL
4. Robert Murray — PLAINFIELD, IL
5. MATTHEW COLEMAN — 19321 OAK ST. MOKENA IL 60448 — 708-357-0430

RYAN NIELSEN — 19425 Glendale tr. tinley park IL 60477 — 708 769 1754
CHRISTOPHER SIMMONS — FRANKFORT, IL

PAGE 1 OF 5

Exhibit One

## WILL COUNTY SHERIFF

### VERIFIED COMPLAINT AGAINST A SWORN PEACE OFFICER (CONTINUED)

Officer's Name: __MANY ?__

### NARRATIVE:

PLEASE USE THE SPACE BELOW TO DESCRIBE, IN DETAIL, YOUR COMPLAINT

__SEE ATTACHED PAGES__

PAGE ___ OF ___

Regarding the raid on my house (Lorianne Mihelic) at 19321 Oak St. in Mokena, Illinois 60448, on February 11th, at about 7:30 pm First of all, not only was the warrant served in someone's name that does not live here (Robert Murray), he is a friend of the kids., but it wasn't even served until the search was almost over with. They were about ¾ of the way through with the search when they gave Bob the warrant and told him to give it to me (Lorianne Mihelic). Secondly, they pointed the gun at the 8 month old baby several times. What kind of threat was he. How dangerous. If their intent was to scare us with the thought that that gun could go off by accident, then they succeeded. Then, I, Lorianne Mihelic, was laid on the floor in the hallway, while others else were in the living room, and then I was handcuffed, then picked back up. After I was picked up, I was patted down. From there, they **unzipped** my shirt (I had **nothing** on underneath, not even a bra) and my shirt was held open for about 5 minutes, until Jill and Laurin yelled out "what are you doing to her". At that time, another officer stood next to me in the hallway to block their view and the first officer started zipping my shirt back up which took about 1 ½ minutes to do. During all of this, the officer in the black beanie was answering his cell phone and talking on it quite a bit. After I was walked into the front room, Laurin Felkamp (age 17) asked if she could go to the bathroom. The first time, they said no. The second time, they said yes. As she walked into the hallway, one officer said to another officer "maybe you should watch her and make sure that's what she's doing" and then laughed. They other officer then said "no, not this time" and laughed. Money was taken from Lorianne Mihelic, Robert Murray and Ryan Nielsen and not given back or even left with some kind of receipt. While in the living room, I, Lorianne Mihelic, asked the officer to please place my 15 year old dog somewhere away from the other 2 puppies because she scares easy and shakes bad. They were bringing in a drug dog. I, Lorianne Mihelic, was told that they "could shoot the damn dog". After I, Lorianne Mihelic was told to go to the back room, I was shown an empty sandwich baggie and they pointed out a stack of Playboys. (I also have a 20 year old, Matthew Coleman, living with us. I

didn't find the Playboys unusual since he is 20 years old. That's not uncommon. Why was that such a big deal? In their search, they also found a used condom. He, Matthew, had lost it. Although he should have made more of an attempt to find it, at least he was using safe sex. And, what did that have to do with their search? After that, one officer said, "what is everyone doing it with your daughter in every room in the house?". By "my daughter", they meant Laurin Felkamp (age 17). During the search, many things were broken. My entertainment center's shelf was broken. The front of my big screen tv was broken out. My bed frame was broken and is now held up with a pot until it can be replaced. Empty bottles of liquor that were on a shelf in the bedroom was smashed all over the room for no apparent reason other than to cause a huge dangerous mess with the broken glass. That's not even mentioning the out and out mess they made throughout the house. They threw thing from the drawers all over the place and in some cases even in other rooms of the house. My curtain rod was pulled ¾ of the way off. I was told 2 times that they "would be back in a **couple of months** to do this again. I would like to **know** how they know that they will be back unless this is already planned. This was not a threat, it was a promise. I was also told that the next time they came back, I, Lorianne Mihelic, **would** loose my house.. While in the garage, where they took him (Ryan Nielsen) was grabbed by the genitals and was yanked on about 3 times roughly, causing pain. Robert Murray, was told that he would loose his child if he didn't "give them names". When they left, they told me to think of this as spring cleaning and laughed. After they left, we all searched for the 15 year old dog, which we later found in one of the cars. To this day, Laurin Felkamp and Lorianne Mihelic have nightmares about what happened. I, ,Lorianne Mihelic, see that officer's hands on my shirt every night! We are both under a Dr.'s care. For Laurin and I, Lorianne, those sexual remarks echo in our heads all the time. We're all just waiting for them to come back "in a couple of month" as they said they would. Nobody was arrested and no receipts were left.

# WILL COUNTY SHERIFF

## VERIFIED COMPLAINT AGAINST A SWORN PEACE OFFICER (CONTINUED)

Officer's Name: __MANY ?__

### AFFIDAVIT

I, the undersigned, under the penalties as provided by law, certify that I have read the foregoing Verified Complaint Against a Sworn Peace Officer, and that the statements and matters stated herein are true and correct.

_____
SIGNATURE

Print Name: _____

I, the undersigned, a Notary Public, in and for said County and State, DO HEREBY CERTIFY THAT _____ is personally known to me to be the same person whose name is subscribed to the foregoing instrument as his/her free and voluntary act.

Given under my hand and seal, this _____ day of _____, 200

_____
NOTARY                                                                                   PUBLIC