

# PAUL J. KAUPAS
## *WILL COUNTY SHERIFF*

Will County Courthouse
14 W. Jefferson Street
Joliet, Illinois 60432

Telephone: 815/727-8895
Fax: 815/727-8565
Website: www.willcosheriff.org

July 1, 2009

Ms. Lorianne Mihelic
19321 Oak Street
Mokena, IL 60448

Dear Ms. Michelic:

After review of your complaint in accordance with Illinois Compiled Statutes, a preliminary investigation was conducted regarding your complaint. I had determined that a follow-up interview was needed for clarification with regards to your sworn Verified Complaint. Your attorney, Richard Dvorak, who informed me over the telephone that you did not wish to participate in any follow-up interview, contacted me.

Therefore, by your failure to cooperate with this administrative review investigation, this investigation will be officially closed. The Disposition, however, will be listed as Exonerated because the investigation indicates that the act(s) or omission(s) did occur, but were justified, lawful and proper.

If you have any questions, please feel free to contact me regarding this confidential matter.

Sincerely,

Sgt. Steve McGrath
Internal Affairs
57 N. Ottawa Street, Suite 502
Joliet, IL 60432
(815) 727-5676

cc: Undersheriff Nowak
Deputy Chief Ficarello
File

*Exhibit Two*